# Miskey's Appeal.

The supreme court will not review the action of the common pleas in the taxation of costs, except in a flagrant case.

(Decided February 1, 1886.)

Appeal from a decree of the Common Pleas, No. 1, of Phila-delphia County. Affirmed.

The bill in this case was filed by Maria E. Miskey, administratrix of Jacob A. Miskey, deceased, to have a deed of trust by Jacob A. Miskey, to his father, Anthony Miskey, set aside on the ground of fraud.

A decree was entered setting aside the deed of trust and ordering that respondents pay the costs. From this decree respondents appealed to the supreme court, where the decree of the lower court was affirmed and the record remitted to that court.

The defendants gave notice of taxing the costs before the prothonotary. At the first meeting, May, 1884, plaintiff's counsel objected to the taxation as too late after an appeal had been taken to the supreme court; and, subject to this objection, the taxation was proceeded with, plaintiff's counsel claiming, if the taxation should not be held too late to introduce additional items not included in her bill as filed, and asked to be allowed in such case certain specific items. After several meetings and much delay, the taxation was filed December 5, 1884, none of the additional items being allowed, and the bill taxed at $1,934.87.

There was no contention as to the ordinary court costs or the costs on appeal. All questions as to witness fees were settled by agreement.

December 8, 1884, plaintiff appealed from the taxation and filed exceptions. December 9, 1884, defendants appealed and filed exceptions.

December 16, 1884, after argument both appeals were dismissed. No opinion was delivered or filed.

January 16, 1885, plaintiff took this appeal to the supreme court.

Cited in Taylor's Estate, 3 Pa. Super. Ct. 275, 277; Barber's Estate, 11 Pa. Co. Ct. 242, 1 Pa. Dist. R. 138, 29 W. N. C. 552.

*Geo. M. Conarroe* and *Samuel C. Perkins* for appellant.

*Francis E. Brewster* and *F. Carrol Brewster* for appellees.

PER CURIAM:

We discover no merit in this appeal. It is not necessary that the costs be taxed before the case is reviewed by this court. By our judgment or decree, the liability of a party to pay costs may be determined; but the several items thereof remain to be taxed by the court below. We will not review its action therein except in a flagrant case. Here no cause is shown for disturbing its decree.

Decree affirmed and appeal dismissed, at the cost of the appellant.